■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v M.L.L. DIAGNOSTIC LABORATORIES, INC., et al., Defendants, and THOMAS O. DALY, Respondent. [612 NYS2d 1020] —Order unanimously reversed on the law, motion denied, indictment reinstated and matter remitted to Supreme Court for further proceedings on the indictment. Memorandum: Supreme Court erred in dismissing the indictment against defendant Thomas O. Daly on the ground that the Assistant Attorney-General failed to charge the Grand Jury that the former attorney for M.L.L. Diagnostic Laboratories, Inc. (MLL), was an accomplice as a matter of law *(see,* CPL 60.22 [2] [b]). The Assistant Attorney-General properly charged that whether MLL's former attorney was an accomplice was a question of fact for the Grand Jury's determination. In light of the evidence presented, differing inferences could be drawn regarding the complicity of MLL's former attorney in the crimes charged *(see, People v Vataj,* 69 NY2d 985, 987; *People v Basch,* 36 NY2d 154, 157; *People v Torello,* 94 AD2d 857). (Appeal from Order of Supreme Court, Erie County, Forma, J.—Dismiss Indictment.) Present—Green, J. P., Pine, Lawton, Callahan and Boehm, JJ.